# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Jennifer Raquel Taylor, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:20-cv-00196-KDB-DSC |
| vs. | |
| E.H. McDevitt, et al, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2021 Order.

April 9, 2021

Frank G. Johns, Clerk
United States District Court